IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Gaughen LLC, :
                     Appellant :
                                 :
       v. :
                                   :
Borough Council of the Borough :
of Mechanicsburg : Nos. 750 & 2129 C.D. 2014

# **O R D E R**

NOW, December 29, 2015, having considered appellee's application for reargument *en banc* and appellant's response thereto, the application is denied.[1]

                                        _____
                                        DAN PELLEGRINI,
                                        President Judge

---

[1] Judge Leavitt did not participate in the decision of this case.